UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

SEP 03 2024

PETER A. MOORE, JR., CLER
US DISTRICT COURT, EDNC
BY A _____ DEP C

LARRY BLAKNEY #34750171
PLAINTIFF

V.

COMPLEX WARDEN T, SCARANTINO,
ASSISTANT WARDEN LOTT,
CAPTAIN DEAUTCH, AND S.I.S
INVESTIGATION OFFICER BERGER
DEFENDANTS

CASE NO. _____
5:24-CT-3209-BO

HARSH CONDITIONS OF CONFINEMENT
UNEQUAL TREATMENT INVASION
OF BODILY PRIVICY AND VIOLATION
OF THE DUE-PROCESS CLAUSE
"BIVENS CLAIM"
☑ JURY DEMAND

## PARTIES AND JURISDICTION

1) THE COURT HAS JURISDITION OF THIS ACTION PURSUANT
BIVENS V. SIX UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU
OF NARCOTICS, 403 U.S. 388, 395-97, 91 S.CT. 1999, 29 L.Ed.2d 619(1971)

2.1) THIS ACTION ARISES UNDER THE UNITED STATES CONSTITUTION
PARTICULARLY UNDER THE PROVISIONS OF THE FOURTH, FIFTH AND
FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION
AND UNDER FEDERAL LAW UNDER 28 U.S.C S 1331, § 1343

3.1) THE COURT ALSO HAS JURISDICTION TO EXERCISE UNDER
SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF STATE
LAW CLAIMS THAT ARISES FROM THE SAME FACTS AND
CIRCUMSTANCES UNDER 28 U.S.C § 1367

4) DEFENDANTS COMPLEX WARDEN T, SCARANTINO, ASSISTANT
WARDEN LOTT, CAPTAIN DEAUTCH AND S.I.S INVESTIGATOR
OFFICER BERGER IS BEING SUED IN BOTH THIER OFFICIAL
AND INDIVIDUAL CAPACITIES FOR ACTS OF NEGLIGENCE
MISCONDUCT AND OMISSIONS
THESE ARE ALL THE OFFICIALS OVER THE DISCIPLINARY SEGREGATION
PROCESS THE SHU AND ALL OTHER ADMINISTRATIVE PROCEDURES

5.) PLAINTIFF LARRY BLAKNEY IS A CIVIL DETAINEE CIVILLY COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL IN PURSUANT 18 U.S.C § 4246 SEE. UNITED STATES OF AMERICA v. FISHER, NO. 5:10-HC-2234-D 2011 U.S. DIST. LEXIS 5837 (E.D.N.C. JAN. 31, 2011); HICKS v. JAMES, 255 FED. APPX. 744, 2008 U.S. APP. LEXIS 28751 (4TH CIR. 2008) LOCATED AT 1000 OLD HIGHWAY N.C. 75 BUTNER NORTH CAROLINA 27509

6. DEFENDANTS COMPLEX WARDEN T. SCARANTINO, ASSISTANT WARDEN LOTT, CAPTAIN DEAUTCH AND S.I.S. INVESTIGATION OFFICER BERGER ARE ALL FEDERAL EMPLOYEES ACTING WITHIN THE SCOPE OF THIER EMPLOYMENT, LOCATED AT THE FEDERAL MEDICAL CENTER OF BUTNER N.C 1000 OLD HIGHWAY N.C. 75 BUTNER NORTH CAROLINA 27509

## Claim For Relief

7.) ON 6, 6TH 2024 PLAINTIFF LARRY BLAKNEY #34750171 AND CIVIL DETAINEE DERYKE PFEIFER #15408002 IS CAUGHT ON FOOTAGE OF CAMERA #1-G 3-588 IN A VERBAL AND PHYSICAL ALTERCATION AFTER PLAINTIFF WAS APPROACHED AND THREATING BY THE OPPOSING PARTY INCIDENT REPORT NUMBER 3948015 IS ATTACHED TO COMPLAINT AS EXHIBIT

## Due Process ¦ Equal Protection

A.) BOTH DETAINEES WAS REMOVED FROM THE MENTAL HEALTH UNIT IN WHICH CONTAINS CELLS SPECIFICALLY FOR THE CIVILLY COMMITTED INDIVIDUALS HOUSED AT THE FEDERAL MEDICAL CENTER OF BUTNER N.C ON UNIT 1-G AND PLACED IN THE LOCKUP AND PUNISHMENT UNIT 1-E THAT'S FOR THE PRISONERS HOUSED ON THE COMPOUND TO BE SEGREGATED FOR PUNISHMENT DO TO INCIDENTS. SEE YOUNGBELL V. ROMEO, 457 U.S. 307, 315-16, 102 S.CT. 2452 73 L.Ed. 2d 28 (1982)

B) EVEN THOUGH THE FEDERAL MEDICAL CENTER HAS ROOMS ON THE UNIT 1-G FOR THE MENTAL HEALTH PATIENTS TO BE SEGREGATED FROM OTHERS THEY PLACED THE PLAINTIFF IN THE PRISONER ADMINISTRATIVE SEGREGATION UNIT 1-E IN WHICH CONTAIN 24/7 VIDEO SURVEILLANCE IN THE JAIL CELLS AND PLACED THE OPPOSING PARTY UPSTAIRS IN THE MENTAL HEALTH SEGREGATION WHERE THERE'S NO SURVEILLANCE IN THE ROOMS OPPOSING THE PLAINTIFF WITH UNEQUAL TREATMENT AND PUNISHMENT. SEE. DILWORTH V. ADAMS, 841 F. 3d 246, 251 (4TH CIR. 2016); QUOTING, WILLIAMS V. HANSEN, 326 F. 3d 569, 576 (4TH CIR. 2003) AFTERWARDS AFTER A 3 WEEK STAY IN 1-E BEING ALLOWED TO BE WATCHED AS HE URINATE AND DEFECATE EVERY TIME HE USE THE TOILET IN HIS SURVEILLANCE CELL IN VIOLATION OF HIS BODILY PRIVACY IN AN UNREASONABLE WAY THAT CAUSE THE PLAINTIFF TO SUFFER EMBARASSMENT AND HUMILIATION AS HE INVOLUNTARILY EXPOSED HIS BODILY PRIVACY SEE, DIVER V. THOMPSON 5:17-CT-3067-FL, 2020 U.S. DIST. LEXIS 50679, 2020 WL. 1490695, at *4 (E.D.N.C. MAR. 24 2020) CITING... LEE V. DOWNS, 641 F. 2d 1117, 1119 (4TH CIR. 1981) THE SHU HOUSING OFFICER FROM S.I.S OFFICER BERGERS GAVE THE PLAINTIFF A VISIT AND SAID HIS INVESTIGATION IS OVER AND SHOWED ACTS OF DISCRIMINATION BEFORE HE LEFT MY JAIL CELL BY SAYING THIS GUY IS WAY TOO OLD FOR YOU TO DO WHAT HAPPEN IN THE ALTERCATION DISREGARDING THE FACT THAT THE OPPOSING PARTY APPROACH ME FIRST AND PUT HIS HANDS IN MY FACE AND MADE THREATS PLACING ME IN REASONABLE FEAR AFTERWARDS HE RELEASE DERYKE PFEIFER FROM SEGREGATION AND CONTINUED TO HOLD ME IN LOCKUP, WHERE I DO NOT GET TO GO OUT FOR RECREATION 3 ONLY SHOWER ME TWICE A MONTH BELIEVING HARSH CONDITIONS OF CONFINEMENT

C.) AFTER ABOUT 75 TO 80 DAYS ON L-E lOCK-UP UNIT ARE THE SHU WITHOUT NO DISCIPLINARY HEARING, OR THE OPPORTUNITY TO APPEAL ANY DECISION STILL BEING HELD IN ADMINISTRATIVE SEGREGATION AS PUNISHMENT AS A CIVIL COMMITEE, THE WARDEN T. SCARANTINO, ASSISTANT WARDEN LOTT AND CAPTAIN DEAUTH FINALY MOVE ME TO JH IN A SEGREGATION CELL WITHOUT A 24 HOURS SURVEILLANCE INVADING MY BODILY PRIVACY SEE, KING V. DURHAM CITY MENTAL HEALTH DEVELOPMENT DISABILITIES AND SUBSTANCE ABUSE AUTH., 113 N.C. APP. 341, 345-346, 439 S.E. 2d 771, 774-775 (1994) IN WHICH I AM AS OF NOW WHERE I'M RECIEVING POOR COND-ITION OF CONFINEMENT NO PROGRAM GROUPS TO HELD ASSIST WITH MY CURATIVE TREATMENT SO I CAN BE CURED AND RELEASED AND I'VE BEEN INFORMED BY THE UNIT TEAM MANAGEMENT THAT THE DEFENDANTS IS NEVER GONNA LET ME OUT OF SEGREGATION BECAUSE THEY DON'T LIKE WHAT OCCURED WITH ME AND A OTHER PARTY

D.) PRETRIAL DETAINEES HAVE NOT BEEN CONVICTED OF CRIMES AND THEREFORE THEY RETAIN A LIBERTY INTEREST TO REMAIN FREE FROM PUNISHMENT, A RESTRICTION IS PUNISHMENT WHERE A PRE-TRIAL DETAINEE IS PLACED IN DISCIPLINARY SEGREGATION, HE IS ENTITLED TO "NOTICE, A HEARING AND A WRITING EXPLANATION OF THE RESULTING DECISION SEE. DILWORTH V. ADAMS, 841 F. 3d 246, 251 (4TH CIR. 2016) AFTER BEING DEPRIVED OF THESE PROCEDURES I'M STILL BEING HELD IN ADMINISTRATIVE SEGREGATION, WHERE THE DEFENDANTS INSIST I WILL BE UNTIL TRANSFERED I'VE BEEN IN THIS FACILITY GOING ON 5 YRS AND NEVER SEEN NO ONE WITH A INCIDENT REPORT FOR 301 TREATED WITH THE TREATMENT I'M RECIEVING

Case 5:24-ct-03209-FL    Document 1    Filed 09/03/24    Page 4 of 5

AFTER 15 OR 30 DAYS OF SEGREGATION THEY USUALLY LET THE 2 PARTIES OUT AND MOVE THEM TO TWO DIFFERENT UNITS WITH ME I'M RECIEVING DIFFERENT TREATMENT THAN OTHERS

E.) EVERYTHING THAT OCCURED IN MY COMPLAINT IS RECORDED AND ON VIDEO FOOTAGE FROM ME BEING APPROACH FIRST AND WATCHED AS I URINATE AND DEFICATE, INCLUDING POOR CONDITION OF CONFINEMENT FROM NOT RECIEVING THE PROPER CURATIVE TREATMENT, APPROPRIATE SHOWERS PUTTING ME IN IMMINENT DANGER OF MY HEALTH AND SAFETY DO TO PROPER SANITIZATION TREATMENT & CARE NOT BEING ABLE TO KEEP MY CELLS CLEAN & SANITIZE THEY EVEN GOT ME BEING RESTRAINT IN HANDCUFFS EVERYTIME I LEAVE MY CELL ON 1-E lOCK-UP UNIT

## PRAYER

f.) AS A RESULT OF THESE ACTS, PLAINTIFF WAS DEPRIVED OF THE EQUAL PROTECTION OF LAW, DUE PROCESS AND HIS BODILY PRIVACY, HAS SUFFERED GREAT MENTAL ANGUISH AND EMBARASSMENT & HUMILIATION

G.) ACCORDINGLY, THE PLAINTIFF REQUEST JUDGEMENT AGAINST DEFENDANT IN THE AMOUNT OF $250,000

H.) AND ANY OTHER RELIEF THE COURT MAY CONSIDER JUST AND APPROPRIATE

I HAVE READ THE FOREGOING COMPLAINT, AND TO THE BEST OF MY KNOWLEDGE THE ALLEGATION ARE TRUE AND CORRECT TO THE BEST OF MY BELIEF

DATE: AUGUST, 28, 2024

SIGNATURE: Tommy Blocker