# United States District Court
### Eastern District of North Carolina
### Western Division

FILED

SEP 16 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
DEP CLK

## Case No. 5:24-CT-3209-BO
(To be filled out by Clerk's Office only)

LARRY BLAKNEY

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 34750171

-against-

COMPLEY WARDEN T. SCARANTINO
ASSISTANT WARDEN, LOTT, CAPTAIN DEAUTCH
AND S.I.S INVESTIGATOR BERGER

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Page 1 of 10

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

LARRY BLACKNEY
Name

34750171
Prisoner ID #

Federal Medical Center Butner. N.C
Place of Detention

1000 Old Highway N. C 75
Institutional Address

Butner                              N.C                    27509
City                                State                  Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☐ Federal
☑   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: COMPLEX WARDEN T. SCARANTINO
Name

COMPLEX WARDEN
Current Job Title

1000 OlD HIGHWAY N.C. 75
Current Work Address

BUTNER                    N.C                    27509
City                      State                  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: ASSISTANT WARDEN LOTT
Name

ASSISTANT WARDEN
Current Job Title

1000 OlD HIGHWAY N.C 75
Current Work Address

BUTNER                    N.C                    27509
City                      State                  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: CAPTAIN DEAUTCH
_____
Name

CAPTAIN
_____
Current Job Title

1000 OLD HIGHWAY N. C 75
_____
Current Work Address

BUTNER                    N.C              27509
_____
City              State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: OFFICER BERGER
_____
Name

S.I.S INVESTIGATOR
_____
Current Job Title

1000 OLD HIGH WAY N. C 75
_____
Current Work Address

BUTNER                    N.C              27509
_____
City              State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: THE FEDERAL MEDICAL CENTER OF BUTNER N.C

Date(s) of occurrence: JUNE, 6TH, 2024 AND AS OF NOW INDEFINATE SEGREGATION

State which of your federal constitutional or federal statutory rights have been violated:

FOURTH, FIFTH AND FOURTEENTH AMENDMENT OF THE CONSTITUTION HARSH CONDITIONS OF CONFINEMENT, DUE PROCESS VIOLATION AND UNEQUAL TREATMENT

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: SEE, WILLIAMS V. HANSEN, 326 F. 569, 584 (4TH CIR. 2003) ALSO SEE, LIGHTNER V. CITY OF WILMINGTON N.C 545 F. 3d 260, 265 (4TH CIR. 2008)

COMPLEX WARDEN T. SCARANTINO, ASSISTANT WARDEN LOTT, CAPTAIN DEAUTCH AND S.I.S INVESTIGATOR BERGER WHOM IS ALL THE OFFICIALS OVER ADMINISTRATIVE SEGREGATION AND THE DISCIPLINARY PROCEDURES ALL MADE A FINAL DECISION TO SEGREGATE AND RESTRAINT ME BY KEEPING ME BEHIND THE DOOR INDEFINITE, DO TO AND THAT OCCURED BETWEEN ME AND ANOTHER CIVIL DETAINEE DERIKE PFEIFER #15408002 INCIDENT REPORT #3948015 IS ATTACH TO THIS COMPLAINT AS A EXEHIBIT AND IS ALL CAUGHT ON CAMERA #1-6-3-588 IN WHICH CAUGHT US IN A ALTERCATION

**Who did what to you?**

THEY MADE A FINAL DECISION WITHOUT GIVING ME A WRITTEN NOTICE ARE CHANCE TO APPEAL AND NO DISCIPLINARY HEARING

IT WAS A PSINCHIN AND VERBAL ALTERCATION IN WHICH THE VIDEO CAMERA CAUGHT DERIKE PFEIFER APPROACHING ME AND MAKING VERBAL THREATS TO ME AND PUTTING HIS HANDS ON MY UPPER TORSO AREA TOUCHING ME PHYSICALLY PLACEING ME IN REASONABLE FEAR OF BODILY HARM AFTERWARDS I RESPONDED IN SELF-DEFENSE AND WALKED AWAY, AFTER WARDS WE BOTH WAS PUT ON SEGREGATION ON UNIT 1e6 WHERE THE INCIDENT OCCURED MENTAL HEALTH HAVE THERE OWN SEGREGATION ON THE UNIT

Rev. 5/2024 Prisoner Complaint

What happened to you?

AFTERWARD ME AND INMATE PFEIFER WAS REMOVED FROM 1-G HE WAS MOVE TO 2H-TO BE' HELD IN MENTAL HEALTH SEGREGATION. THEY SHOWED UNEQUAL TREATMENT AND MOVED ME TO 1-E TO THE SHU (LOCKUP) IN A ROOM (CELL) WITH A 24 HOUR SURVEILLANCE SO I CAN BE WATCHED AS I URINATE AND DEFICATE EXPOSING MY GENITAL AND ANAL SECTION TO EVERYONE IN ATTENDANCE TO THE SURVEILLANCE EVEN THE OPPOSITE SEX CAUSING ME TO SUFFER EMBARRASSMENT AND HUMILIATION WHEN THEY REALLY HAD NO REASON TO REMOVE ME FROM MENTAL HEALTH SEGREGATION ON THE MENTAL HEALTH UNIT. AFTER 3 WKS OF SEG ON MENTAL HEALTH UNIT PFEIFER WAS RELEASE BACK TO POPULATION. I RECIEVED A VISIT FROM BERGERS INDICATING TO ME THAT HIM AND OTHERS DONOT LIKE WHAT I DID TO PFEIFER

When did it happen to you?

HE'S MUCH OLDER THAN ME SO THIS IS THE PUNISHMENT I'M GONNA GET. I BEEN IN ADMINISTRATIVE SEGREGATION EVER SINCE I VERY GET TO COME OUT AND TAKE A SHOWER MAYBE ONCE EVERY OTHER WEEK. THE PSYCHOLOGIST IS NOT COMING TO GET ME TO ANY GROUPS DEPRIVING ME OF THE CURATIVE TREATMENT GUARANTEE BY DUE PROCESS YOUNGBERG v. ROMEO, 457 U.S. 307, 315-16, 102 S.CT. 2452, 73 L.ed. 2d 18 (1982) CITING. DILWORTH v. ADAMS, 841 F.3d 246, 251 (4TH CIR. 2016)

Where did it happen to you?

IT'S LIKE I'M LIVING IN A TRASHCAN I DON'T GET TO CLEAN MY CELL ARE ANYTHING, THAT OFTEN IT'S ALL ON SURVEILLANCE I HAVE BEEN IN SEG FOR A 100 DAYS ARE MORE WITHOUT A DISCIPLINARY HEARING, OR THE OPPORTUNITY TO APPEAL RESTRICTIVE OF ALL MY PRIVELEGES. THE DEFENDANTS HAVEN'T GAVE ME A NOTICE OR A WRITING EXPLANATION OF THE RESULTING DECISION. I HAVE BEEN DEPRIVE OF MY SUBSTANTIVE AND PROCEDURE DUE-PROCESS WITH NO TREATMENT JUST RESTRAINTS AND PUNISHMENT AS A CIVIL DETAINEE HOUSED AT THE F.M.C OF BUTNER

Page 6 of 10

SEE, MORRISON V. GARRAGHTY, 239 F. 3d 648, 654 (4TH Cir. 2001)

**What was your injury?**

DO TO THE DISCRIMINATION FROM BEING TREATED DIFFERENT FROM OTHERS IN SIMILAR LIKE SITUATIONS EVERYONE ELSE THAT RECEIVE A INCIDENT REPORT FOR SECTION 201 ONLY DO 21 TO 30 DAY SEG GET OUT AND MOVE TO DIFFERENT UNITS WITH ME I'M RECIEVING UNEQUAL TREATMENT IT'S CAUSING ME TO SUFFER MENTAL ANGUISH FROM NOT KNOWING WHEN I'M NOT GOING TO GET OUT SEGREGATION, I'M ALSO SUFFERING FROM HUMIDA- TION AND EMBARRASMENT FROM BEING ALLOWED TO BE WATCHED AS I DEFICATE AND URINATE EXPOSING MY BODILY PRIVACY MY ANAL AND GENITAL AREA I FEEL VERY DEGRADED AND HUMILIATED AND DISCRIMINATED AGAINST I'M ALSO SUFFERING AN EMOTIONAL DISTRESS INJURY, RECENTLY I HAVE ATTRACTED SORES AND LAISIONS AROUND MY GENITAL AREAS THAT'S CAUSED BY ME NOT BEING ABLE TO SHOWER REGULARLY AND KEEP MY BODY CLEAN. I'M MENTALLY RECK DO TO FACT THAT THEY WON'T ALLOW ME TO RECIEVE ANY TREATMENT TO HELP WITH MY MENTAL ILLNESS IN ACCORDANCE WITH THE CURATIVE TREATMENT REQUIRE BY THE DUE-PROCESS ALL DO TO THE ACTS OF OMISSION, MIS- CONDUCT AND NEGLIGENCE ON THE BEHALF OF THE DEFENDANTS WHO HAVE DEPRIVED ME OF MY SUBSTANTIVE AND PROCEDURE DUE-PROCESS RIGHTS TO A DISCIPLINARY HEARING AND OPPORTUNITY TO APPEAL A DECISION CAUSING ME TO SUFFER DO TO THEM IMPOSING SEVERE PUNISHMENT ON ME AS A CIVIL DETAINEE, EVERYTIME I COME OUT OF MY CELL I HAVE TO BE HANDCUFFED IN RESTRAINTS DO TO THE DEFENDANTS DISCRIMINATING AGAINST ME BECAUSE I GOT IN AN ALTERCATION WITH SOMEONE OTHER THAN ME

Case 5:24-ct-03209-FL    Document 5    Filed 09/16/24    Page 7 of 10

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes     ☐ No

If no, explain why not:

Plaintiff Larry Blakney is a civil detainee civilly committed to the custody of the attorney general pursuant 18 U.S. §§ 4246 see. United States of America v. Fisher, No. 5:10-HC-1134-D 2011 U.S. Dist. Lexis 5847 (E.D.N.C Jan. 31, 2011) citing Hicks v. James, 255 Fed. Appx. 744, 2007 U.S. App. Lexis 8251 (4th Cir. 2007)

Is the grievance process completed?                            ☑ Yes     ☐ No

If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The plaintiff request judgment against the defendants in the amount of $250,000 as well as an immediate release to the custody and care of his family and any other relief that the court may consider is appropriate.

Case 5:24-ct-03209-FL     Document 5     Filed 09/16/24     Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☑ Yes    ☐ No

If yes, how many?  CAN'T REMEMBER

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

I HAVE ONE PENDING FOR MEDICAL NEGLECT CASE NUMBER 5:24-CT-03082-BO

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9-10-2024
Dated

_Jaury Blakney_
Plaintiff's Signature

LADDIN BLAKNEY
Printed Name

3475017I
Prison Identification #

1000 OLD HIGHWAY N.C. 75     BUTNER     N.C.     27509
Prison Address          City          State     Zip Code